# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Celia Perez Torres, | Case No.: 2:24-cv-01881-GMN-NJK |
| Plaintiff, | **Order** |
| v. | |
| David Risley, | |
| Defendant. | |

On July 17, 2025, the Court set this case for a Settlement Conference on October 29, 2025. Docket No. 34. The Court explicitly ordered that the parties must submit settlement statements that comply with certain requirements to the Court no later than 3:00 p.m. on October 22, 2025. *Id*. at 2-3. Defendant Risley has failed to comply with the Court's order.

Since the Settlement Conference cannot proceed without the settlement briefs of all parties, the Court **CONTINUES** the Settlement Conference to **December 22, 2025, at 10:00 a.m.** Defendant Risley's settlement statement must be submitted to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on December 17, 2025**. Plaintiff and Third-Party Defendant may submit updated settlement statements by that date if they so choose, but they are not required to do so. All other aspects of the Court's order at Docket No. 34 continue to govern. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: October 27, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE