# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CELIA PEREZ TORRES,

    Plaintiff,

v.

DAVID RISLEY,

    Defendant.

Case No. 2:24-cv-01881-GMN-NJK

**ORDER**

    With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

    IT IS SO ORDERED.

    Dated: December 23, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge