ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE:  (702) 258-6662
edeane@bremerwhyte.com

Attorneys for Third-party Defendant,
DTG LAS VEGAS, LLC dba DOWNTOWN
GRAND HOTEL AND CASINO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CELIA PEREZ TORRES,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID RISLEY; and DOES I-X, inclusive; and ROE CORPROATIONS I-X inclusive,<br><br>    Defendant.<br><br>DAVID RISLEY,<br><br>    Third-Party Plaintiff,<br><br>    vs.<br><br>DTG LAS VEGAS, LLC dba DOWNTOWN GRAND HOTEL AND CASINO; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Third-Party Defendant. | Case No. 2:24-CV-01881-GMK-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ISSUANCE OF REPLY TO PLAINTIFF'S RESPONSE TO THIRD PARTY DEFENDANT'S MOTION TO CONTINUE DISCOVERY** |

The Parties, by and through their attorneys of record, hereby submit the following Stipulation and Order to extend the deadline for issuance of any Reply to Plaintiff Celia Perez Torres' Response

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1133.985  4933-5156-7492.1

to Third-Party Defendant's Motion to Continue Summary Judgment from December 23, 2025 to January 6, 2026.

Third-Party Defendant filed this Motion to Continue Discovery on December 4, 2025. Plaintiff Celia Perez Torres' issued her Response to this Motion on December 16, 2025, with the deadline for issuance of any Reply being due on December 23, 2025.

Defendant Risley's counsel was recently out of the office due to an illness. Additionally, counsel for Third Party Plaintiff is seeking additional time due to having been out of town for several days coupled with the fact that it was necessary for her to take time off due to a procedure recently undergone by a family member.

| | |
|---|---|
| Dated: December 23, 2025 | Dated: December 23, 2025 |
| DE CASTROVERDE LAW GROUP | BARRON & PRUITT, LLP |
| /s/ Kegan McMullan | /s/ William H. Pruitt |
| Kegan McMullan, Esq. | William H. Pruitt, Esq. |
| Nevada Bar No. 16278 | Nevada Bar No. 6783 |
| *Attorneys for Plaintiff* | Sean DeRoest, Esq. |
| | Nevada Bar No. 16224 |
| | Attorneys for Defendant/Third Party Plaintiff David Risley |

Dated: December 23, 2025

BREMER WHYTE BROWN & O'MEARA LLP

 /s/ Elizabeth M. Deane
Elizabeth M. Deane, Esq.
Nevada Bar No. 13600
*Attorney for Third-party Defendant DTG LAS VEGAS, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 23, 2025

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1133.985  4933-5156-7492.1