WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CELIA PEREZ TORRES,<br><br>            Plaintiff,<br>vs.<br><br>DAVID RISLEY; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants.<br><br>DAVID RISLEY,<br><br>            Third-Party Plaintiff,<br>vs.<br><br>DTG LAS VEGAS, LLC, d/b/a DOWNTOWN GRAND HOTEL AND CASINO; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>            Third-Party Defendants. | Case No:    2:24-cv-01881-GMN-NJK<br><br>**ORDER EXTENDING DEADLINE FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

The Parties, by and through their attorneys of record, hereby submit the following Stipulation and Order to extend the deadlines for Defendant's Opposition to Third-Party Defendant's Motion for Summary Judgment from December 25, 2025 to January 5, 2026.

Third-Party Defendant's filed their Motion for Summary Judgment on December 4, 2025. Defendant's opposition is currently due December 25, 2025. Defendant's counsel was recently out of the office due to an illness. Additionally, the Parties are pending a settlement conference in which the case may be resolved, and may potentially make the Motion for Summary Judgment moot.

///

///

1

As such, the parties have agreed to a 10 extension for Defendants to submit the above-named opposition. Defendant's opposition to the Motion will be filed on our before January 5, 2026.

DATED: December 22, 2025

DE CASTROVERDE LAW GROUP

By: /s/ Kegan McMullan
KEGAN MCMULLAN, ESQ.
Nevada Bar No. 16278
1149 South Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED: December 22, 2025

BARRON & PRUITT, LLP

By: /s/ William Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

DATED: December 23, 2025

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Elizabeth Deane
ELIZABETH M. DEANE, ESQ.
Nevada Bar No. 13600
1160 North Town Center Drive
Las Vegas, Nevada 89144
*Attorney for Third Party Defendant*

**IT IS SO ORDERED.**

DATED this 29 day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

2