ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
ESTERA A. KIS, ESQ.
Nevada State Bar No. 17232
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:    (702) 258-6662
edeane@bremerwhyte.com
ekis@bremerwhyte.com

Attorneys for Third-party Defendant,
DTG LAS VEGAS, LLC dba DOWNTOWN
GRAND HOTEL AND CASINO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CELIA PEREZ TORRES,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVID RISLEY; and DOES I-X, inclusive; and ROE CORPROATIONS I-X inclusive,<br><br>        Defendant.<br><br>DAVID RISLEY,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>DTG LAS VEGAS, LLC dba DOWNTOWN GRAND HOTEL AND CASINO; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>        Third-Party Defendant. | Case No. 2:24-CV-01881-GMK-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR ISSUANCE OF REPLY TO DEFENDANT DAVID RISLEY'S OPPOSITION TO THIRD PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1133.985  4931-2265-5880.1

The Parties, by and through their attorneys of record, hereby submit the following Stipulation and Order to extend the deadline for issuance of any Reply to Defendant David Risley's Opposition to Third Party Defendants' Motion for Summary Judgment from January 19, 2026 to January 26, 2026.

Third-Party Defendants filed their Motion for Summary Judgment of Defendant/Third-Party Plaintiff David Risley's Third-Party Complaint on December 4, 2025. Defendant/Third-Party Plaintiff David Risley issued his Opposition to this Motion on January 5, 2026, with the deadline for issuance of any Reply being due on January 19, 2026.

Counsel for Third-Party Defendants is seeking additional time due to counsel's schedule being substantially impacted by multiple expert depositions over the past two weeks significantly compressing the preparation window and limiting counsel's ability to finalize the reply brief coupled with the current reply deadline of January 19, 2026 falling on a federal holiday.

Dated: January 16, 2026

BREMER WHYTE BROWN & O'MEARA LLP

 /s/ Elizabeth M. Deane
Elizabeth M. Deane, Esq.
Nevada Bar No. 13600
Estera A. Kis, Esq.
Nevada Bar No. 17232
Attorneys for Third-party Defendant
DTG LAS VEGAS, LLC

Dated: January 16, 2026

BARRON & PRUITT, LLP

 /s/Sean DeRoest
William H. Pruitt, Esq.
Nevada Bar No. 6783
Sean DeRoest, Esq.
Nevada Bar No. 16224
Attorneys for Defendant/Third Party
Plaintiff David Risley

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1133.985 4931-2265-5880.1

Dated: January 16, 2026

DE CASTROVERDE LAW GROUP

/s/ Kegan McMullan
Kegan McMullan, Esq.
Nevada Bar No. 16278
Attorneys for Plaintiff

**DATED** this 20 day of January, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1133.985  4931-2265-5880.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2026, a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE FOR ISSUANCE OF REPLY TO DEFENDANT DAVID RISLEY'S OPPOSITION TO THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was filed and served upon all parties requesting notice via the United States District Court CM/ECF system.

/s/ Kelly Knaus

Kelly Knaus, an employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1133.985  4931-2265-5880.1

| | |
|---|---|
| **From:** | Kegan McMullan |
| **To:** | Elizabeth Deane; Allysa Chua; Estera A. Kis; Bill Pruitt; MaryAnn Dillard; "danielle@decastroverdelaw.com"; "mariela@decastroverdelaw.com"; "martha@decastroverdelaw.com" |
| **Cc:** | Sean DeRoest; Valeria Hernandez; Alexis Robinson; Kelly M. Knaus |
| **Subject:** | Re: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985 |
| **Date:** | Friday, January 16, 2026 5:43:18 PM |
| **Attachments:** | image001.png<br>C2_signature_email_signature_dlg_4f4a9481-7433-46f3-9158-d5b99cd5abc3.png<br>C2_signature_fb_icon_24d85205-78b0-4790-922c-1d6fb1b4b1f5.png<br>C2_signature_ig_icon_133ccb93-0119-4467-97e4-1eb20054fb83.png<br>C2_signature_tw_icon_ee756689-4931-4740-93dc-cd7f588897e0.png<br>C2_signature_ln_icon_f1b2a9e3-25da-4efa-ad6f-0dfcd2006276.png<br>C2_signature_yt_icon_83a5df3f-a641-4a51-9490-3f2d041146d7.png |

You may affix my e-signature for submission to the Court.


Best,
Kegan




**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com   |   dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**

1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**

410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**

9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**

275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**

1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**

5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

    

**From:** Elizabeth Deane <edeane@bremerwhyte.com>

**Sent:** Friday, January 16, 2026 4:53 PM

**To:** Allysa Chua <AChua@lvnvlaw.com>; Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Kegan McMullan <Kegan@dlgteam.com>; 'danielle@decastroverdelaw.com' <danielle@decastroverdelaw.com>; 'mariela@decastroverdelaw.com' <mariela@decastroverdelaw.com>;

'martha@decastroverdelaw.com' <martha@decastroverdelaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Sorry, it's attached now!

Elizabeth Deane
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665  **D**: 725.210.8810  **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
**SOLUTIONS**

---

**From:** Elizabeth Deane
**Sent:** Friday, January 16, 2026 4:53 PM
**To:** 'Allysa Chua' <AChua@lvnvlaw.com>; Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; 'MaryAnn Dillard' <MDillard@lvnvlaw.com>; 'Kegan McMullan' <Kegan@dlgteam.com>; 'danielle@decastroverdelaw.com' <danielle@decastroverdelaw.com>; 'mariela@decastroverdelaw.com' <mariela@decastroverdelaw.com>; 'martha@decastroverdelaw.com' <martha@decastroverdelaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985

Thank you!

Can someone from De Castroverde's office please confirm?

Elizabeth Deane
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665  **D**: 725.210.8810  **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
**SOLUTIONS**

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Friday, January 16, 2026 4:46 PM
**To:** Elizabeth Deane <edeane@bremerwhyte.com>; Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985

Hello,

On behalf of Sean DeRoest, you may affix his e-signature. Thanks!

Best,

**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031



**Barron & Pruitt, LLP**
LAWYERS

---

**From:** Elizabeth Deane <edeane@bremerwhyte.com>
**Sent:** Friday, January 16, 2026 4:45 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>; Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985
**Importance:** High

I just revised it to include everyone's signature.

Elizabeth Deane
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665  **D**: 725.210.8810  **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
**SOLUTIONS**

**From:** Elizabeth Deane
**Sent:** Friday, January 16, 2026 4:41 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>; Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985
**Importance:** High

Hello,

I've attached the proposed SAO to Continue the Reply Deadline for the Opp to the MSJ.

Please confirm that we may add your e-signature.

Elizabeth Deane
**BREMER WHYTE BROWN & O'MEARA, LLP**

1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665  **D**: 725.210.8810  **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS
## SOLUTIONS

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, January 14, 2026 8:36 AM
**To:** Estera A. Kis <ekis@bremerwhyte.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Elizabeth Deane <edeane@bremerwhyte.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** RE: Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985

Good morning,

Mr. Pruitt approves of the extension to Jan. 26. I will update it on calendar, thanks!

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031



**Barron & Pruitt**, LLP

L A W Y E R S

---

**From:** Estera A. Kis <ekis@bremerwhyte.com>
**Sent:** Tuesday, January 13, 2026 4:25 PM
**To:** Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Valeria Hernandez <VHernandez@lvnvlaw.com>; Elizabeth Deane <edeane@bremerwhyte.com>; Alexis Robinson <arobinson@bremerwhyte.com>; Kelly M. Knaus <kknaus@bremerwhyte.com>
**Subject:** Reply Extension, RE: David Risley vs. DTG Las Vegas, BWBO 1133.985

Hi,

I hope you're doing well.

Our reply to Defendant Risley's Opposition to our Motion for Summary Judgment is currently due on January 19, 2026. Unfortunately, the past couple of weeks have been particularly hectic following the holidays, and we have been tied up in expert depositions the past two weeks.

If agreeable, we respectfully request a brief extension until January 26, 2026 to file our reply. Please let me know if that works for you.

Thank you,

Estera A. Kis
**BREMER WHYTE BROWN & O'MEARA, LLP**
1160 N Town Center Dr. Suite 250, Las Vegas, NV 89144

**O**: 702.258.6665  **D**: 725.210.8804  **bremerwhyte.com**
ARIZONA | CALIFORNIA | COLORADO | NEVADA | TEXAS

**SOLUTIONS**