**JPTO**
Jointly Submitted

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CELIA PEREZ TORRES;

    Plaintiff,

v.

DAVID RISLEY; DOES I-X, inclusive; and
ROE CORPORATIONS I-X, inclusive,

    Defendants.

CASE NO. 2:24-cv-01881-GMN-NJK

**JOINT PRE-TRIAL ORDER**

After pretrial proceedings in this case,

IT IS ORDERED:

## I.

This is a civil tort action involving an alleged dog bite incident. On May 25, 2023, Plaintiff CELIA PEREZ TORRES was working as a housekeeper at The Downtown Grand Hotel and Casino in Las Vegas, Clark County, Nevada. Defendant DAVID RISLEY was a guest and patron of The Downtown Grand and was staying at the hotel with his German Shepherd dog named "Max." As Plaintiff attempted to enter Defendant's room for housekeeping, Plaintiff alleges that Defendant's dog bit Plaintiff, resulting in bodily injuries, pain, and suffering. Plaintiff alleges a cause of action against Defendant for negligence. Defendant generally denies these allegations.

## II.

Statement of Jurisdiction: Because this case is based upon diversity of citizenship jurisdiction under 28 U.S.C. §1332 and was therefore removed from state court through

**1**

28 U.S.C. §1441(b), jurisdiction is conferred upon this Court. Specifically, at the time of the subject incident, Plaintiff was a citizen of Nevada, Defendant was a citizen of California, and this case has an amount in controversy which exceeds $75,000.

**III.**

The following facts are admitted by the parties and require no proof:

a) At the time of the subject incident, Defendant was a guest and patron of The Downtown Grand Hotel and Casino, and was staying at the hotel with his German Shepherd dog named "Max."

b) At the time of the subject incident, Plaintiff was working as a housekeeper at The Downtown Grand.

c) The subject incident occurred on May 25, 2023, which was Defendant's last scheduled day of stay at The Downtown Grand.

d) There is video of the subject incident.

**IV.**

The following facts, though not admitted, will not be contested at trial by evidence to the contrary: None other than those listed in Section III, *supra*.

**V.**

The following are the issues of fact to be tried and determined upon trial:

a) Breach.

b) Causation.

c) Damages.

**VI.**

The following are issues of law to be tried and determined upon trial: None.

**2**

**VII.**

a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

1) Plaintiff's exhibits: None stipulated to at this time.

2) Defendant's exhibits: None stipulated to at this time.

b) As to the following exhibits, the party against whom the same will be offered objects to their admission upon the grounds stated:

1) Plaintiff's exhibits:

    A. Plaintiff's Complaint

    B. Defendant's Answer

    C. Defendant's Signed Room Agreement with The Downtown Grand Hotel and Casino

    D. The Downtown Grand Hotel and Casino Incident Report

    E. The Downtown Grand Hotel and Casino Surveillance Camera Video

    F. City of Las Vegas Department of Public Safety Animal Control Report

    G. Photographs of Plaintiff's Injuries

    H. Defendant's Recorded Statement

    I. Defendant's USAA Insurance Claim File

    J. Medical and billing records – American Medical Response

    K. Medical and billing records – University Medical Center

    L. Medical and billing records – Sound Physicians

M. Medical and billing records – Desert Radiology Solutions

N. Medical and billing records – Concentra

O. Medical and billing records – Mountain Rehabilitation Services

P. Medical and billing records – Velazquez Pain Relief Center

Q. Medical and billing records – Elite Lien Pharmacy

R. Medical and billing records – Advanced Orthopedics & Sports Medicine

S. Medical and billing records – Radar Medical Group

T. Medical and billing records – State of Mind

U. Medical and billing records – Engineered Aesthetics Plastic Surgery Institute

V. Medical and billing records – Southwest Orthopedic Services

W. Medical and billing records – Las Vegas Radiology

X. Medical records – Walgreens (priors/unrelated)

Y. Medical records – Adelante Family Medical Clinic (priors/unrelated)

Z. Medical records – Heart Center of Nevada (priors/unrelated)

AA.    All Plaintiff's experts' reports, curriculum vitae, fee schedules, and testimony listed in expert disclosures and supplements thereto.

BB.    Plaintiff's written discovery responses and all supplements thereto.

CC.    Defendant's written discovery responses and all

**4**

supplements thereto.

DD.    Plaintiff reserves the right to utilize any exhibit(s) from Defendant's list of exhibits.

EE.    Plaintiff reserves the right to utilize any exhibit(s) from Plaintiff's FRCP 26 disclosures and all supplements thereto.

FF. Plaintiff reserves the right to utilize any exhibit(s) from Defendant's FRCP 26 disclosures and all supplements thereto.

GG.    Plaintiff reserves the right to utilize impeachment documents and materials not listed herein.

2) Defendant's exhibits:

A.  Photograph of dog

B.  Photograph of pet license certificate

C.  Animal Control Business Card

D.  Certificate of Vaccination

E.  Handwritten statement from David Risley

F.  Gregory Buford, M.D., F.A.C.S., P.C.E.O's Curriculum Vitae, Fee Schedule, and Testimony History

G.  Gregory Buford, M.D., F.A.C.S., P.C.E.O.'s Expert Report dated February 1, 2025

H.  Michael Worrell, D.O., M.B.A.'s Curriculum Vitae, Fee Schedule, and Testimony History

I.  Michael Worrell, D.O., M.B.A's Expert Report dated February 7, 2025

J.  Eric Ackley's Curriculum Vitae and Fee Schedule

K.  Eric Ackley's Expert Report dated February 10, 2025

L.  Plaintiff's written discovery responses and all supplements thereto.

M.  Defendant's written discovery responses and all supplements thereto.

N.  Defendant reserves the right to utilize any exhibit(s) from Plaintiff' list of exhibits.

O.  Defendant reserves the right to utilize any exhibit(s) from Plaintiff's FRCP 26 disclosures and all supplements thereto.

P.  Defendant reserves the right to utilize any exhibit(s) from Defendant's FRCP 26 disclosures and all supplements thereto.

Q.  Defendant reserves the right to utilize impeachment documents and materials not listed herein.

c)  Electronic evidence: The parties may present any of the exhibits listed above as electronic evidence for purposes of jury deliberations and specifically intend to present the video of the subject incident and Defendant's recorded statement in electronic format.

d)  Depositions:

1)  Plaintiff does not intend to read any of the depositions taken in this case but reserves the right to utilize the depositions of Plaintiff CELIA PEREZ TORRES and Defendant DAVID RISLEY for impeachment and/or rebuttal purposes. Additionally, Plaintiff reserves the right to use these

**6**

depositions if a particular witness is unavailable to testify.

2) Defendant does not intend to read any of the depositions taken in this case but reserves the right to utilize the depositions of Plaintiff CELIA PEREZ TORRES and Defendant DAVID RISLEY for impeachment and/or rebuttal purposes. Additionally, Defendant reserves the right to use these depositions if a particular witness is unavailable to testify.

e) Objections to depositions:

1) Plaintiff objects to Defendant's depositions as follows: Plaintiff objects to Defendant's publication of any deposition at trial for any purpose other than impeachment, unless Defendant makes a proper and sufficient showing of witness unavailability.

2) Defendant objects to Plaintiff's depositions as follows: Defendant objects to Plaintiff's publication of any deposition at trial for any purpose other than impeachment, unless Plaintiff makes a proper and sufficient showing of witness unavailability.

**VIII.**

The following witnesses may be called by the parties at trial:

a) Plaintiff's Witnesses:

1) Plaintiff CELIA PEREZ TORRES
DE CASTROVERDE LAW GROUP
1149 S. Maryland Pkwy.
Las Vegas, NV 89104

2) Defendant DAVID RISLEY
BARRON & PRUITT, LLP
3890 W. Ann Rd.
North Las Vegas, NV 89031

**7**

3) Officer Richardson
   Badge #: P0991111
   Nevada Department of Public Safety – Animal Control
   2824 E. Charleston Blvd.
   Las Vegas, NV 89104

4) FRCP 30(b)(6)/Custodian of Records
   Nevada Department of Public Safety – Animal Control
   Records Division
   2824 E. Charleston Blvd.
   Las Vegas, NV 89104

5) Omar Ramirez
   2016 Poplar Ave.
   Las Vegas, NV 89101
   (702) 771-6813

6) Carlos Ruiz
   Address unknown
   (702) 300-6362

7) Edward Se, EMT
   Number: 110563
   Keith Smith, EMT
   Number 106815
   Kasey Horner, Paramedic
   Number 104699
   And/or Custodian of Records for
   American Medical Response
   PO Box 56141
   Los Angeles, CA 90074

8) Custodian of Records for
   University Medical Center
   1800 W. Charleston Blvd.
   Las Vegas, NV 89102

9) Simon Hwang, PA
   And/or Custodian of Records for
   Sound Physicians Emergency Medicine
   1 Zotec Way
   Carmel, IN 46032

10) Julian Hardman, MD
    And/or Custodian of Records for
    Desert Radiology Solutions
    PO Box 841645
    Los Angeles, CA 90084

11) Michael Joffe, MD
    And/or Custodian of Records for
    Concentra
    3900 Paradise Rd.
    Suite V
    Las Vegas, NV 89169

12) Curtis Poindexter, MD
    And/or Custodian of Records for
    Mountain Rehabilitation Services
    2073 E. Sahara Ave.
    Suite A
    Las Vegas, NV 89104

13) Lindsay Manjarres, FNP-BC
    Hashim Qureshi, DO
    And/or Custodian of Records for
    Velazquez Pain Relief Center
    1815 E. Lake Mead Blvd.
    Suite 300
    North Las Vegas, NV 89030

14) Hashim Qureshi, DO
    And/or Custodian of Records for
    Elite Lien Pharmacy
    7320 S. Rainbow Blvd.
    Suite 102-54
    Las Vegas, NV 89139

15) Sep Bady, MD
    And/or Custodian of Records for
    Advanced Orthopedics and Sports Medicine
    7195 Advanced Way
    Las Vegas, NV 89113

16) Russell J. Shah, MD
    And/or Custodian of Records for
    Radar Medical Group
    2810 W. Charleston Blvd.
    Suite E47

9

Las Vegas, NV 89102

17) Brian J. Morgan, DO
Zulma B. Williams, LCSW, ACSW
And/or Custodian of Records for
State of Mind
9975 S. Eastern Ave.
Suite 110
Las Vegas, NV 89183

18) Nitin J. Engineer, MD, FACS
And/or Custodian of Records for
Engineered Aesthetics Plastic Surgery Institute
880 Seven Hills Dr.
Suite 170
Henderson, NV 89052

19) Custodian of Records for
Southwest Orthopedic Services
104 E. Crawford
Suite 1163
Deer Park, WA 99006

20) Elizabeth L. Huck, DO
And/or Custodian of Records for
Las Vegas Radiology
7660 W. Cheyenne Ave.
Suite 112
Las Vegas, NV 89129

21) Plaintiff reserves the right to call any of Plaintiff's treating physicians identified during this litigation.

22) Plaintiff reserves the right to call rebuttal witnesses at trial.

23) Plaintiff reserves the right to call any witness identified in Defendant's witness list.

b) Defendant's Witnesses:

1) Plaintiff CELIA PEREZ TORRES
DE CASTROVERDE LAW GROUP
1149 S. Maryland Pkwy.
Las Vegas, NV 89104

2) Defendant DAVID RISLEY
BARRON & PRUITT, LLP
3890 W. Ann Rd.
North Las Vegas, NV 89031

3) Joshua Kuykendall
Animal Protection Services Officer, Department of Public Safety
City of Las Vegas
2824 E. Charleston Blvd.
Las Vegas, Nevada 89104

4) Gregory Buford, M.D., F.A.C.S., P.C.E.O
6143 S. Willow Drive, Suite 320
Greenwood Village, Colorado 80111

5) Michael Worrell, D.O., M.B.A
6143 S. Willow Drive, Suite 320
Greenwood Village, Colorado 80111

6) Eric Ackley
5097 Golden Antelope Way
Las Vegas, Nevada 89139
(702) 238-4606

7) Defendant reserves the right to call any of Plaintiff's treating physicians identified during this litigation.

8) Defendant reserves the right to call rebuttal witnesses at trial.

9) Defendant reserves the right to call any witness identified in Plaintiff's witness list.

## IX.

The attorneys or parties have met and jointly offer these three trial dates:

a) January 2027

b) February 2027

c) March 2027

It is expressly understood by the undersigned that the court will set the trial of this

**11**

matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## X.

It is estimated that the trial will take a total of five to seven (5-7) days.

**APPROVED AS TO FORM AND CONTENT:**

Dated May 12, 2026.                          Dated May 12, 2026.

**DE CASTROVERDE LAW GROUP**      **BARRON & PRUITT, LLP**

/s/ Kegan McMullan                           /s/ Sean DeRoest
Kegan A. McMullan, Esq.                   Sean DeRoest, Esq.
Nevada Bar No. 16278                       Nevada Bar No. 16224
1149 S. Maryland Pkwy.                     3890 W. Ann Rd.
Las Vegas, NV 89104                        North Las Vegas, NV 89031
Attorney for Plaintiff                          Attorney for Defendant
Celia Perez Torres                            David Risley

## XI.

## ACTION BY THE COURT

This case is set for jury trial on __January 25, 2027, at 8:30 AM__.

Calendar call will be held on __December 22, 2026, at 9:00 AM__.

DATED _____May 13, 2026_____.

_____
UNITED STATED DISTRICT JUDGE

12

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DE CASTROVERDE LAW GROUP and that on <u>May 12, 2026</u>, I served the foregoing **JOINT PRE-TRIAL ORDER** via email and/or the Court's electronic filing and service system to all parties on the current service list.

_____
/s/ *Lexi Monreal*

An Employee of De Castroverde Law Group

**13**

 **Outlook**

---

**RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)**

---

**From** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Date** Mon 5/11/2026 4:59 PM
**To** Kegan McMullan <Kegan@dlgteam.com>
**Cc** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kegan,

Sorry, missed this. You may affix my esignature.

Thanks,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031


**Barron & Pruitt, LLP**
L A W Y E R S

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Monday, May 4, 2026 4:43 PM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Sean, just following up to see if I may affix your e-signature to revised JPTO?

Thanks,
Kegan

**DE CASTROVERDE LAW** | DOWNTOWN LAS VEGAS
SUMMERLIN • RENO
HENDERSON

**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com    |    dlgteam.com

**P** 702.222.9999    **F** 702.383 8741

DOWNTOWN LAS VEGAS

1149 S. Maryland Pkwy
Las Vegas, NV 89104

TIVOLI VILLAGE SUMMERLIN

410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

HENDERSON

9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

RENO

275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Monday, April 27, 2026 9:43 AM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <bpruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Good Morning Sean,

My apologies but I forgot to include the "Action by the Court" Section XI in our last JPTO as required by LR 16-4. Please see the revised attachment and let us know if we may affix your e-signature for submission to the Court.

Best regards,
Kegan



**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com    |    dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Friday, April 24, 2026 1:26 PM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <bpruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Thanks Sean, we'll get it filed.

Best,
Kegan



**Kegan McMullan**
**Attorney**
Kegan@dlgteam.com    |   dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Sean DeRoest <SDeRoest@lvnvlaw.com>

**Sent:** Friday, April 24, 2026 10:35 AM
**To:** Kegan McMullan <Kegan@dlgteam.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

CAUTION: This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kegan,

You may affix my esignature.

Thanks,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com
**p** 702.870.3940 **f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031



**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Wednesday, April 22, 2026 10:44 AM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Sean,

Thanks again for your time on the phone just now regarding the JPTO in the Torres v. Risley matter. Please see the attached revised version and let me know if we may affix your e-signature for submission to the Court.

Best regards,
Kegan



**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com    |  dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

DOWNTOWN LAS VEGAS

1149 S. Maryland Pkwy
Las Vegas, NV 89104

TIVOLI VILLAGE SUMMERLIN

410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

HENDERSON

9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

RENO

275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Wednesday, April 1, 2026 2:05 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

No problem at all, I just revised the calendar invite to Sean for 4/22 @ 10:30am.

Best,
Kegan



**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com    |  dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

DOWNTOWN LAS VEGAS

1149 S. Maryland Pkwy
Las Vegas, NV 89104

TIVOLI VILLAGE SUMMERLIN

410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, April 1, 2026 1:05 PM
**To:** Kegan McMullan <Kegan@dlgteam.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

CAUTION: This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hello, Counsel:

I confirmed with my colleague that the arbitration date is moving, we can schedule this call at 10:30 a.m. for more time to discuss the Joint Pre-Trial Order, thanks!

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Wednesday, April 1, 2026 11:17 AM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

4/22 @ 4pm works, I'll send the calendar invite shortly.

Best,
Kegan



**Kegan McMullan**
**Attorney**
Kegan@dlgteam.com    |    dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

    

---

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, April 1, 2026 10:30 AM
**To:** Kegan McMullan <Kegan@dlgteam.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Good afternoon:

Can we do 4/22 at 4 p.m.? Sean has an arbitration hearing earlier in the day, but hopefully will end by 4 p.m. He can't do 4/20 or 4/23, thanks!

Best,

**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Wednesday, April 1, 2026 10:19 AM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Allysa,

Unfortunately this is my earliest availability for this matter but if anything opens up I'll let you know.

Best,
Kegan



**Kegan McMullan**

**Attorney**

Kegan@dlgteam.com   I   dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

DOWNTOWN LAS VEGAS                    TIVOLI VILLAGE SUMMERLIN

1149 S. Maryland Pkwy                 410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89104                   Las Vegas, NV 89145

HENDERSON                             RENO

9555 S. Eastern Ave, Ste 200          275 Hill St, Ste 300
Las Vegas, NV 89123                   Reno, NV 89501

    

---

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Tuesday, March 31, 2026 2:20 PM
**To:** Kegan McMullan <Kegan@dlgteam.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Jessica Rojas <JessicaR@dlgteam.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

   **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hello, Counsel:

This is received. Please continue correspondence with me as I will be the new paralegal handling this matter. I will provide this for the attorney to review  Do you have availabilities for Apr 16 or 17 instead? If not, I will provide your dates to the attorney and let you know with a follow up email, thanks!

Best,

# Allyssa Chua|Paralegal

barronpruitt.com|AChua@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Tuesday, March 31, 2026 2:17 PM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Subject:** Fwd: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Sent from my iPhone

Begin forwarded message:

> **From:** Kegan McMullan <Kegan@dlgteam.com>
> **Date:** March 31, 2026 at 2:06:07 PM PDT
> **To:** Sean DeRoest <SDeRoest@lvnvlaw.com>
> **Cc:** Lexi Monreal <Lexi@dlgteam.com>, Jessica Rojas <JessicaR@dlgteam.com>, Bill Pruitt <BPruitt@lvnvlaw.com>, MaryAnn Dillard <MDillard@lvnvlaw.com>, Jaqueline Varela <JVarela@lvnvlaw.com>
> **Subject: Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)**
>
> Hi Sean,
>
> It's been awhile since we communicated on this case but now that the Court has ruled on your MSJ, we can proceed with the JPTO (draft attached). We've got just shy of 30 days to get this submitted so we have some time. Here's my availability in a few weeks:
> - Mon 4/20/26 11am, 12pm, 1pm
> - Wed 4/22/26 anytime
> - Thurs 4/23/26 anytime
>
> Let me know if any of those work for you.
>
> Best,
> Kegan

**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com  |  dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**From:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Sent:** Monday, August 11, 2025 1:45 PM
**To:** Kegan McMullan <Kegan@dlgteam.com>; Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kegan,

I appreciate you speaking with me today about the joint pretrial order. We discussed the issues regarding Downtown Grand Hotel's recent appearance in this case with regard to the joint pretrial order. As such, we discussed submitting the joint pretrial order within 30 days after the resolution of dispositive motions in this matter, as stated in the discovery order. We're still in the process of providing documents to Downtown Grand, but would you mind circulating the pretrial order in its current form to them just so they're aware?

Thanks again,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com

**p** 702.870.3940 | **f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

---

**From:** Sean DeRoest
**Sent:** Monday, August 11, 2025 12:22 PM
**To:** 'Kegan McMullan' <Kegan@dlgteam.com>; Jaqueline Varela <jvarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Kegan,

Sure, I'll give you a call around 1.


Thanks,

**Sean DeRoest, Esq.**
barronpruitt.com | sderoest@lvnvlaw.com
**p** 702.870.3940 | **f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Monday, August 11, 2025 12:04 PM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>; Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Thanks for looking into that, Sean. I'm available 12:30-2pm or at 4pm if either of those work for you?



**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com     |  dlgteam.com
**P** 702.222.9999     **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

---

**From:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Sent:** Monday, August 11, 2025 11:59:54 AM
**To:** Kegan McMullan <Kegan@dlgteam.com>; Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kegan,

We just got off the phone with the Court, I have some things to report. Would you be available for a call on this issue today?

Best,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com

**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Sean DeRoest
**Sent:** Monday, August 11, 2025 11:32 AM
**To:** 'Kegan McMullan' <Kegan@dlgteam.com>; Jaqueline Varela <jvarela@lvnvlaw.com>;
Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>;
MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Kegan,

It occurs to me that Downtown Grand wasn't included in the conference about the pretrial order and I believe they should be, as they have made an appearance. Of course, they wouldn't really know what witnesses they would call or what exhibits they would use at this point, so it's kind of a tricky situation.

The last Discovery Order states that the joint proposed pretrial order is due "August 11, 2025, 30 days after resolution of dispositive motions, or by further Court order," so it's not exactly clear which date it is, but in my experience, usually the federal courts wait until the dispositive motions are resolved, and as far as I can tell, we don't have any other dates for yet for the pretrial conference, calendar call, etc. We're calling the Court now to see what the deadline will be for the pretrial order, but would you hold off until we get that straightened out? I think it would make the most sense to do the pretrial order after DTG is in a position to truly get involved.

Thanks,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Monday, August 11, 2025 10:05 AM
**To:** Sean DeRoest <SDeRoest@lvnvlaw.com>; Jaqueline Varela <JVarela@lvnvlaw.com>;
Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>;
MaryAnn Dillard <MDillard@lvnvlaw.com>

**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Thanks, Sean. I made one small revision on my end referencing experts listed in our expert disclosures and supplements, please see attached. Just confirming, may we affix your e-signature for submission to the Court?

Best,
Kegan


<image002.png>

**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com   I   dlgteam.com
**P 702.222.9999     F 702.383.8741**

DOWNTOWN LAS VEGAS
1149 S. Maryland Pkwy
Las Vegas, NV 89104

TIVOLI VILLAGE SUMMERLIN
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

HENDERSON
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

RENO
275 Hill St, Ste 300
Reno, NV 89501

SAN FRANCISCO BAY AREA
1111 Broadway, Ste 300
Oakland, CA 94607

DALLAS
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038


<image003.png>   <image004.png>   <image005.png>   <image006.png>   <image007.png>

---

**From:** Sean DeRoest <SDeRoest@lvnvlaw.com>
**Sent:** Friday, August 8, 2025 3:20 PM
**To:** Kegan McMullan <Kegan@dlgteam.com>; Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Kegan,

Thanks for preparing that, it looks good. I have added our witnesses and exhibits.

Thanks again,

**Sean DeRoest, Esq.**
barronpruitt.com|sderoest@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Friday, August 8, 2025 1:15 PM
**To:** Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Sean,

Please see the attached Joint Pretrial Order. Feel free to suggest any revisions via tracked changes, but otherwise I think I have included everything on my end and just left places for you to enter your exhibits and witnesses (highlighted for your convenience). Let me know if you have any questions. The due date is Monday 8/11/25, sorry for the time crunch but please try and get back to me so we can submit on time.

Thanks,
Kegan

<image002.png>

**Kegan McMullan**
**Attorney**
Kegan@dlgteam.com  |  dlgteam.com
**P 702.222.9999     F 702.383.8741**

DOWNTOWN LAS VEGAS                    TIVOLI VILLAGE SUMMERLIN
1149 S. Maryland Pkwy                      410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89104                          Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

<image003.png>  <image004.png>  <image005.png>  <image006.png>  <image007.png>

---

**From:** Kegan McMullan <Kegan@dlgteam.com>
**Sent:** Monday, August 4, 2025 2:54 PM
**To:** Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Sounds great, I will give him a call then. Thank you!

Best,
Kegan

**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com   |  dlgteam.com
**P 702.222.9999    F 702.383.8741**

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

<image003.png>  <image004.png>  <image005.png>  <image006.png>  <image007.png>

---

**From:** Jaqueline Varela <JVarela@lvnvlaw.com>
**Sent:** Monday, August 4, 2025 2:27 PM
**To:** Kegan McMullan <Kegan@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Hi Kegan,

Apologies, I had shared Sean's Tuesday availability, but he is also available on Wednesday at 2 pm to discuss.

Thank you,

**Jaqueline Varela|Paralegal**
barronpruitt.com|jvarela@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Kegan McMullan [mailto:Kegan@dlgteam.com]
**Sent:** Monday, August 4, 2025 12:12 PM
**To:** Jaqueline Varela <JVarela@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Thanks for getting back so quickly, Jaqueline. I should've clarified, 3pm is the latest I can go on Wednesday so we would need to start about 2pm if that works with Sean's calendar?

<image002.png>

**Kegan McMullan**
**Attorney**
Kegan@dlgteam.com  |  dlgteam.com

**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

<image003.png>    <image004.png>    <image005.png>    <image006.png>    <image007.png>

---

**From:** Jaqueline Varela <JVarela@lvnvlaw.com>
**Sent:** Monday, August 4, 2025 11:46 AM
**To:** Kegan McMullan <Kegan@dlgteam.com>; Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Good morning,

Sean is available tomorrow at 3 pm to discuss.

Thank you,

**Jaqueline Varela | Paralegal**
barronpruitt.com | jvarela@lvnvlaw.com
**p** 702.870.3940 | **f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
<image001.png>

---

**From:** Kegan McMullan [mailto:Kegan@dlgteam.com]
**Sent:** Monday, August 4, 2025 10:31 AM
**To:** Bill Pruitt <BPruitt@lvnvlaw.com>; Sean DeRoest <SDeRoest@lvnvlaw.com>

**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; Jaqueline Varela <JVarela@lvnvlaw.com>
**Subject:** Re: Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Bill and Sean,

Just following up to see if either of you have time this week to discuss our joint pre-trial order that is due on 8/11/25? Below is my availability for a phone call or Zoom meeting:

- Tues 8/5 2-5pm
- Wed 8/6 10am-3pm
- Thurs 8/7 12-5pm

Please let me know what works best for you.

Thanks,
Kegan


<image002.png>

**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com   |  dlgteam.com
**P 702.222.9999     F 702.383.8741**

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**DALLAS**
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038


<image003.png>   <image004.png>   <image005.png>   <image006.png>   <image007.png>

**From:** Kegan McMullan
**Sent:** Tuesday, July 8, 2025 9:14 AM
**To:** Bill Pruitt <bpruitt@lvnvlaw.com>; Sean DeRoest <sderoest@lvnvlaw.com>
**Cc:** Lexi Monreal <Lexi@dlgteam.com>; Jessica Rojas <JessicaR@dlgteam.com>; MaryAnn Dillard <mdillard@lvnvlaw.com>; Jaqueline Varela <jvarela@lvnvlaw.com>
**Subject:** Joint Pre-Trial Memo, Motions in Limine, and Plaintiff's OOJ (Perez Torres v. Risley; 2:24-cv-01881-GMN-NJK)

Hi Bill and Sean,

Looks like Federal Court denied the SAO to extend deadlines in the above case, so we have a joint pre-trial memo due in about a month on 8/11/25. Wondering if either of you have time to meet and confer to discuss, as well as for any motions in limine? Also, I believe we previously made an OOJ for $300k, where are we at on that and would your client still be willing to settle for that amount?

Thanks,
Kegan


<image008.png>

**Kegan McMullan**
**Attorney**

Kegan@dlgteam.com   |   dlgteam.com
**P** 702.222.9999   **F** 702.383.8741

DOWNTOWN LAS VEGAS
1149 S. Maryland Pkwy
Las Vegas, NV 89104

TIVOLI VILLAGE SUMMERLIN
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

HENDERSON
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

RENO
275 Hill St, Ste 300
Reno, NV 89501

SAN FRANCISCO BAY AREA
1111 Broadway, Ste 300
Oakland, CA 94607

DALLAS
5605 North McArthur Blvd,
10th Floor
Irving, TX 75038

<image003.png>   <image004.png>   <image005.png>   <image006.png>   <image007.png>