**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CELIA PEREZ TORRES,<br><br>Plaintiff,<br>vs.<br><br>DAVID RISLEY; and DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No: 2:24-cv-01881-GMN-~~NJK~~ EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RISLEY'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION (FIRST REQUEST)** |

The Parties, by and through their attorneys of record, hereby submit the following Stipulation and Order to extend the deadline for Defendant's Reply in Support of his Motion for Reconsideration from August 18, 2026 to August 25, 2026.

Defendant's filed his Motion for Reconsideration of March 27, 2026 Order (Docket #61) on July 30, 2026. Plaintiff filed her Opposition to said Motion (Docket #62) on August 11, 2026. Defendant's Reply in Support of said Motion is currently due August 18, 2026. Defendant's counsel was recently out of the office due to a residential move, which has limited his time to work on the Reply brief. The parties have agreed to a 1 week extension for Defendant to submit his Reply in

///

///

///

///

///

///

///



BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Support of the Motion for Reconsideration. Defendant's Reply to said Motion will be filed on our before August 25, 2026.

DATED: August 18, 2026

**DE CASTROVERDE LAW GROUP**

*/s/ Kegan McMullan*

By: ______________________________

KEGAN MCMULLAN, ESQ.
Nevada Bar No. 16278
1149 South Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED: August 18, 2026

**BARRON & PRUITT, LLP**

*/s/ William Pruitt*

By: ______________________________

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2026

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950